# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| WILLIAM FISHER, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RYDER INTEGRATED LOGISTICS, INC., <br><br> Defendant. | NO. 1:22-cv-00051 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE HOLMES |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 14), recommending that this case be dismissed for failure to effect service of process under Fed. R. Civ. P. 4(m). Plaintiff filed objections (Doc. No. 15) and subsequently filed a waiver of service executed by counsel for Defendant Ryder Integrated Logistics, Inc. In light of the newly filed information, the Report and Recommendation (Doc. No. 14) is TERMINATED, and the case is returned to the Magistrate Judge.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE