IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| WILLIAM FISHER, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| | ) | NO. 1:22-cv-00051 |
| v. | ) ) | |
| | ) | JUDGE CAMPBELL |
| RYDER INTEGRATED LOGISTICS, INC., | ) ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| Defendant. | ) | |

## ORDER

The Parties have filed a Stipulation of Dismissal With Prejudice (Doc. No. 42). The Court has reviewed the parties' settlement agreement (Doc. No. 42-1), and it appears to be a fair and reasonable settlement.

Accordingly, pursuant to the stipulation of the parties (Doc. No. 42), this case is hereby **DISMISSED** with prejudice under Federal Rule of Civil Procedure 41.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE